EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2000 TSPR 67 |
| Emilio Silva Julbe | |

Número del Caso: TS-4134

Fecha: 28/04/2000

Abogado de la Parte Peticionaria:

                    Por Derecho Propio

Materia: Reinstalación

Este documento constituye un documento oficial del Tribunal
Supremo que está sujeto a los cambios y correciones del
proceso de compilación y publicación oficial de las
decisiones del Tribunal. Su distribución electrónica se hace
como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In Re:

                                    TS-4134

Emilio Silva Julbe


                    RESOLUCION


San Juan, Puerto Rico, a 28 de abril de 2000.


        Examinado el escrito del peticionario y el informe de la Directora de la Oficina de Inspección de Notarías, se reinstala al ejercicio de la abogacía al Lcdo. Emilio Silva Julbe y se deja pendiente su reinstalación al ejercicio de la notaría.

        Publíquese.

        Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Andréu García y la Juez Asociada señora Naveira de Rodón no intervinieron.


                        Isabel Llompart Zeno
                    Secretaria del Tribunal Supremo